IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-65 |
| ) | |
| SEBRON E. FLEMING, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

In or around January 2008, in the State and District of Delaware, Sebron E. Fleming, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Savage Arms, Stevens Model, side-by-side, double barrel, 12-gauge shotgun, after having been convicted on or about March 8, 2001, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware, in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT II

On or about February 28, 2008, in the State and District of Delaware, Sebron E. Fleming, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Crescent Firearms, Side-by-Side Model, 16-gauge shotgun, after having been convicted on or about March 8, 2001, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware, in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Counts One and Two of this Indictment, defendant Sebron E. Fleming shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to a Crescent Firearms, Side-by-Side Model, 16-gauge shotgun and a Savage Arms, Stevens Model, side-by-side, double barrel, 12-gauge shotgun.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Robert F. Kravetz
Assistant U.S. Attorney

Dated: April 22, 2008