IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-065 JJF |
| SEBRON FLEMING, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on June 3, 2008, the Court held a Scheduling Conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Rule 11 hearing will be held on **July 9, 2008 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware;

IT IS FURTHER ORDERED, if a plea agreement is not reached;

2) Trial will commence on **July 28, 2008 at 9:30 a.m.**

3) The time between June 3, 3008 and July 28, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

June 11, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE